UNITED STATES *v.* HULLEY ET AL.

No. 300.   Decided November 10, 1958.

*Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *George F. Lynch* for the United States.

*H. Leighton Thomas* and *Ronald A. Capone* for respondents.

PER CURIAM.

The petition for writ of certiorari in this case is granted and judgment reversed and remanded to the Supreme Court of Florida.   See *United States* v. *Security Trust & Savings Bank,* 340 U. S. 47; *United States* v. *Gilbert Associates,* 345 U. S. 361; *United States* v. *New Britain,* 347 U. S. 81; *United States* v. *Acri,* 348 U. S. 211; *United States* v. *Liverpool & London Ins. Co.,* 348 U. S. 215; *United States* v. *Scovil,* 348 U. S. 218; *United States* v. *Colotta,* 350 U. S. 808; *United States* v. *White Bear Brewing Co.,* 350 U. S. 1010; *United States* v. *Vorreiter,* 355 U. S. 15.